IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED FEB 12 2019** CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:19-mj-00031 SAB |
| Plaintiff, | ) (N.D. Cal. Case No. 19-cr-0068) |
| v. | ) ORDER ON MOTION TO UNSEAL INDICTMENT |
| SHAYNE GREGORY MAUPIN, | ) |
| Defendant. | ) |

The indictment in this case having been sealed on or about February 7, 2019, and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: February 12, 2019    BY _____
HON. STANLEY A. BOONE
United States Magistrate Judge

3